In the Matter of JAZMINE WEISMAN et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted July 30, 2012; decided September 6, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 921 (2012)]. Motion for a stay dismissed as academic.